UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00664-FDW-DCK

| ARTHEA HOFFMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE |
| FAMILY DOLLAR STORES, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court after Plaintiff's filing of a *Pro Se* Amended Complaint (Doc. No. 15) on January 21, 2015. Plaintiff has filed three separate variations of a complaint – an initial complaint (Doc. No. 1); an "Addendum", which the Court construed as a Motion to Amend the Complaint (Docs. Nos. 8, 13), and an Amended Complaint (Doc. No. 15). In light of Plaintiff's *pro se* status, the Court will read each of those documents (Doc. No. 1, 8, and 15) as a whole, and construe those documents collectively as the Complaint in this matter.

IT IS SO ORDERED.

Signed: January 30, 2015

Frank D. Whitney
Chief United States District Judge